EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 8 2004

at 10 o'clock and 50 min. C M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00225SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. §922(g)(1); 18 |
| MICHAEL NONNEMACHER, ) | U.S.C. §922(g)(3); and 18 U.S.C. §924(a)(2)] |
| Defendant. ) | |

**INDICTMENT**

COUNT 1

[18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)(2)]

The Grand Jury charges:

On or about April 30, 2004, in the District of Hawaii, defendant, MICHAEL NONNEMACHER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did



knowingly possess in and affecting commerce, firearms, to wit, a Tangfolio .380 caliber semiautomatic pistol, Model EA380, bearing serial number AE79520, and a Beretta .25 caliber semiautomatic pistol, Model 950, bearing serial number B32211.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

[18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)(2)]

The Grand Jury further charges:

On or about April 30, 2004, in the District of Hawaii, defendant, MICHAEL NONNEMACHER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit, fifteen rounds of .380 caliber ammunition and four rounds of .22 caliber ammunition

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

{18 U.S.C. §922(g)(3); 18 U.S.C. §924(a)(2)}

The Grand Jury further charges:

On or about April 30, 2004, in the District of Hawaii, defendant, MICHAEL NONNEMACHER, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, did knowingly possess in and affecting commerce, firearms,

to wit, a Tangfolio .380 caliber semiautomatic pistol, Model EA380, bearing serial number AE79520, and a Beretta .25 caliber semiautomatic pistol, Model 950, bearing serial number B32211.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 4

{18 U.S.C. §922(g)(3); 18 U.S.C. §924(a)(2)}

The Grand Jury further charges:

On or about April 30, 2004, in the District of Hawaii, defendant, MICHAEL NONNEMACHER, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, did knowingly possess in and affecting commerce, ammunition, to wit, fifteen rounds of .380 caliber ammunition and four rounds of .22 caliber ammunition.

//
//
//
//
//
//
//
//
//
//

3

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: 06-08, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

United States v. Michael Nonnemacher
Cr. No. _____
"Indictment"

4