PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 17 2006

at \_\_\_\_o'clock and \_\_\_\_min.\_\_\_\_M
SUE BEITIA, CLERK

# United States District Court

for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: MICHAEL NONNEMACHER   Case Number: CR04-00225SOM-01

Name of Sentencing Judicial Officer:   Susan Oki Mollway

Date of Original Sentence: 2/17/2005

Original Offense:   Count 1: FELON IN POSSESSION OF FIREARM, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C felony

Count 2: FELON IN POSSESSION OF AMMUNITION, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C felony

Count 3: UNLAWFUL USER OF A CONTROLLED SUBSTANCE IN POSSESSION OF A FIREARM, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2), a Class C felony

Count 4: UNLAWFUL USER OF A CONTROLLED SUBSTANCE IN POSSESSION OF AMMUNITION, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2), a Class C felony

Original Sentence:   Eighteen (18) months imprisonment, to be followed by three (3) years supervised release with the following special conditions: 1) that the defendant shall participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; and 2) that the defendant provide the Probation Office access to any requested financial information.

Type of Supervision: Supervised Release   Date Supervision Commenced: 2/22/2006

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

Prob 12B
(7/93)

2

| | |
|---|---|
| **General Condition:** | That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition). |
| **Special Condition No. 3a:** | That the defendant shall refrain from the possession and/or consumption of alcohol. |

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| General Condition | The subject's urine specimen submitted on 4/10/2006 was presumptively positive for methamphetamine. |

The subject began his term of supervised release on 2/22/2006. As a condition of supervision, the subject entered substance abuse treatment and testing at Freedom Recovery Services (FRS).

On 4/10/2006, the subject provided a urine specimen at FRS which was presumptively positive for methamphetamine. The results, which remain outstanding, were forwarded to Scientific Laboratories for confirmation testing. Upon being questioned about the positive urine specimen, the subject admitted that a couple of days prior to 4/10/2006, he met an old acquaintance who offered him methamphetamine and cocaine. The subject indicated that he was unable to resist the temptation and used both drugs. The subject acknowledged that it was a mistake but noted that he has not used any illegal substances since that night. The subject further indicated that he would be willing to enter Intensive Out Patient (IOP) treatment at FRS.

Upon contacting the subject's counselor at FRS, she recommended that the subject enter its IOP program. She explained that as a participant in the FRS IOP program the subject would be required to attend classes 4 times week, with each class running 3 hours in duration. Additionally, she identified the subject's prior use of alcohol as a "trigger" to his use of illegal drugs. Therefore, she also recommended that the subject be prohibited from using alcohol for the duration of his term of supervision.

Prob 12B
(7/93)

3

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.  The subject waives his right to a hearing and to assistance of counsel.  The subject agrees to the modification of the conditions of supervised release.  The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

MARK T. NUGENT
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 4/13/2006

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] Other

SUSAN OKI MOLLWAY
U.S. District Judge

4/14/06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]    To extend the term of supervision for  years, for a total term of  years.
[ X ]    To modify the conditions of supervision as follows:

**General Condition:**    *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).*

**Special Condition**
**No. 3**    *That the defendant shall refrain from the possession and/or consumption of alcohol.*

Witness: _____
MARK T. NUGENT
U.S. Probation Officer

Signed: _____
MICHAEL NONNEMACHER
Supervised Releasee

_____
Date 4/14/06