# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 04-00225SOM |
| CASE NAME: | USA vs. Michael Nonnemacher |
| ATTYS FOR PLA: | Leslie Osborne<br>Mark Nugent (USPO) |
| ATTYS FOR DEFT: | Loretta Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 10/23/2007 | TIME: | 3:15 - 3:50 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Michael Nonnemacher present and in custody.

Defendant admits to all 4 violations.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 11 Months as to each of Counts 1 - 4, to be served concurrently.

Supervised Release: 25 Months as to each of Counts 1 - 4, to be served concurrently.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant serve up to 3 months community confinement in a community corrections center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office

- That the defendant shall execute all financial disclosure forms and provide the Probation Office access to any access to any requested financial information.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

- That the defendant is prohibited from the possession and use of alcohol.

Ms. Faymonville requests that the defendant's medical records from FDC Honolulu be attached to the PSR - Ms. Faymonville to obtain the records and turn them over to the USPO.

Ms. Faymonville requests that the PSR be amended to reflect the defendant's sister's

address in Washington as his permanent address - discussion held.

Court will leave it to the normal process, and the defendant to meet with the case worker and work out a program.

Once the defendant is designated by the BOP, the USPO to inform the case worker of the defendant's request.

JUDICIAL RECOMMENDATION: Medical Facility.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.