AO 245B     (Rev. 6/05) Judgment in a Criminal Case
            Sheet 2 - Imprisonment

CASE NUMBER:     1:04CR00225-001        *SOM*        Judgment - Page 3 of 5
DEFENDANT:       MICHAEL NONNEMACHER

CC'd Financial            # IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned
for a total term of: ELEVEN (11) MONTHS

This term consists of ELEVEN (11) MONTHS as to each of Counts 1 - 4, to be served concurrently.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      Medical Facility.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2008

at 9 o'clock and 05 min. ⋀
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

_____

_____

_____

                                    FEDERAL DETENTION CENTER
                                    P.O. BOX 30547
Defendant delivered on___5 NOV 2007___ to ___HONOLULU, HI 96820___

at _____ , with a certified copy of this judgment.

                        *Linda T. McGrew*
                        UNITED STATES MARSHAL
                                WARDEN

                By  *J. Lumui*
                    Deputy U.S. Marshal
                    LEGAL INSTRUMENTS EXAMINER

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
Sheet 3 - Supervised Release

CASE NUMBER:    1:04CR00225-001                                                    Judgment - Page 4 of 5
DEFENDANT:    MICHAEL NONNEMACHER

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: TWENTY FIVE (25) MONTHS
This term consists of TWENTY FIVE (25) MONTHS as to each of Counts 1 - 4, to be served concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

That the defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement on supervision and at least two periodic drug tests thereafter, but not more than 8 valid drug tests per month during the term of supervised release, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

[ ]    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔]    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon (Check if applicable.)

[✔]    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check if applicable.)

[ ]    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check if applicable.)

[ ]    The defendant shall participate in an approved program for domestic violence. (Check if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without permission of the court or probation officer;
2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)  the defendant shall support his or her dependants and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)  the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
Sheet 3 - Supervised Release

CASE NUMBER:      1:04CR00225-001                                    Judgment - Page 5 of 5
DEFENDANT:        MICHAEL NONNEMACHER

## SPECIAL CONDITIONS OF SUPERVISION

1.   That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

2.   That the defendant serve up to 3 months community confinement in a community corrections center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office

3.   That the defendant shall execute all financial disclosure forms and provide the Probation Office access to any access to any requested financial information.

4.   That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

5.   That the defendant is prohibited from the possession and use of alcohol.

AO 245D    (Rev. 12/03)    Sheet 1 - Judgment in a Criminal Case for Revocation

RECEIVED

2008 JAN -3 PM 12: 23

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 29 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK



# United States District Court
## District of Hawaii

**UNITED STATES OF AMERICA**
v.
## MICHAEL NONNEMACHER
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number:    1:04CR00225-001
USM Number:    95248-022

Loretta Faymonville AFPD
Defendant's Attorney

## THE DEFENDANT:

[✔]    admitted guilt to violation of conditions    General Condition; Standard Condition No. 6 and Special Condition No. 1    of the term of supervision.
[ ]    was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

U.S. MARSHALS SERVICE
HONOLULU, HI.
2007 OCT 30 AM 9: 0
RECEIVED

The defendant is sentenced as provided in pages 2 through  5  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    **2427**

Defendant's Residence Address:
**5210 Likini Street**
**Honolulu, HI 96818**

Defendant's Mailing Address:
**None**

OCTOBER 23, 2007
Date of Imposition of Sentence

Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

10/29/07
Date

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii

By_____
                    Deputy

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:04CR00225-001 | Judgment - Page 2 of 5 |
| DEFENDANT: | MICHAEL NONNEMACHER | |

### ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject tested positive for methamphetamine and cocaine | 4/10/06 |
| 2 | Subject refused to comply with drug testing | 4/25/06 and 5/5/06 |
| 3 | Subject failed to enter into the Freedom Recovery Services Intensive Out-Patient drug treatment program as directed | |
| 4 | Subject failed to notify the Probation Office of his change in residence | |